In the Matter of the Application of MARTIN J. COHEN, as Administrator, etc., of PAULINE COHEN, Deceased, to Discover Property Withheld. FRANK LEVY and MINNIE LEVY, Appellants; MARTIN J. COHEN, as Administrator, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order.

Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.